MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com

*Attorneys for The Bank of New York Mellon and NewRez LLC d/b/a Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACY MITCHUSSON,<br><br>              Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK MELLON, a foreign Delaware corporation; NEWREZ, LLC dba SHELLPOINT MORTGAGE SERVICING, a foreign limited liability company; MTC FINANCIAL INC., a foreign California Corporation; and DOES inidividuals I through X and ROE Corporations I through X;<br><br>              Defendants. | Case No.: 2:22-cv-01839-JCM-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>(FIRST REQUEST) |

Defendants The Bank of New York Mellon (**BoNYM**), NewRez LLC d/b/a Shellpoint Mortgage Servicing, and plaintiff Tracy Mitchusson hereby stipulate and agree that Shellpoint and BoNYM shall have an additional two weeks, up to and including **November 22, 2022**, to file their respective responses to plaintiff's complaint. The responsive pleadings are currently due on November 8, 2022.[1]

Good cause exists to grant the requested extension. The parties request the extension because they are exploring settlement and would like to continue to do so before incurring additional fees.

---

[1] Counsel agreed to the extension on Monday, November 7th, but were unable to file the stipulation until November 9th.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 9th day of November, 2022.

| **AKERMAN LLP** | **MUSHKIN & COPPEDGE** |
|---|---|
| */s/ Melanie D. Morgan*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing and Bank of New York Mellon* | */s/ Michael R. Mushkin*<br>MICHAEL R. MUSHKIN, ESQ.<br>Nevada Bar No. 2421<br>L. JOE COPPEDGE, ESQ.<br>Nevada Bar No. 4954<br>6070 S. Eastern Ave., Suite 270<br>Las Vegas, NV 89119<br><br>*Attorneys for Tracy Mitchusson* |

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**
Case No.: 2:22-cv-01839-JCM-VCF

DATED: 11-9-2022