# EXHIBIT D

**Corporation Assignment of Deed of Trust (Recorded March 31, 2014)**

# EXHIBIT D

Inst #: 20140331-0001582
Fees: $18.00
N/C Fee: $25.00
03/31/2014 11:46:58 AM
Receipt #: 1977726
Requestor:
BANK OF AMERICA NA
Recorded By: VELAJL  Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

Tax Parcel:   178-06-110-011

Recording requested by:
BANK OF AMERICA, N.A.,
SUCCESSOR BY MERGER TO BAC
HOME LOANS SERVICING, LP, FKA
COUNTRYWIDE HOME LOANS
SERVICING, LP

When recorded mail to:
BANK OF AMERICA, N.A.
DOCUMENT PROCESSING MC
TX2-979-01-19
4500 AMON CARTER BLVD.
FORT WORTH, TX 76155
Attn: ASSIGNMENT UNIT

Mail tax statement to:
Bank of America, N.A.
1757 Tapo Canyon Road, #300
Simi Valley, CA 93063

CORPORATION ASSIGNMENT OF DEED OF TRUST
Doc. ID#
Commitment# 9210202

For value received, the undersigned, BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP, 101 SOUTH MARENGO AVENUE, 4TH FLOOR, PASADENA, CA 91101-2428, hereby grants, assigns and transfers to:
  THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-J1, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2005-J1
  4708 MERCANTILE DRIVE, FORT WORTH, TX 76137

All beneficial interest under that certain Deed of Trust dated 12/16/04, executed by: TRACY R MITCHUSSON TRUSTEE OF THE and TRACY R MITCHUSSON TRUST DATED, NOVEMBER 24, 1999, Trustor as per TRUST DEED recorded as Instrument No. 20041222-0003360 on 12/22/04 in Book N/A Page N/A of official records in the County Recorder's Office of CLARK County, NEVADA.
   The Trustee is COUTRYWIDE TITLE CORPORATION.
Original Mortgage $517,800.00
3520 FIVE PENNIES LANE, LAS VEGAS, NV 89120

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

CORPORATION ASSIGNMENT OF DEED OF TRUST
Doc. ID#  ▆▆▆▆▆▆▆▆
Commitment# 9210202

Dated: 02/21/2014     BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP

By _____*GSiordia*_____
GIA SIORDIA, ASSISTANT VICE PRESIDENT

State of California
County of Los Angeles

On 02/21/2014 before me, __Sophie Neary Pok__, Notary Public, personally appeared GIA SIORDIA, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature: ____*S*_____
Sophie Neary Pok

SOPHIE NEARY POK
COMM. #1946008
Notary Public - California
Orange County
My Comm. Expires July 30, 2015

Prepared by: GIA SIORDIA
101 SOUTH MARENGO AVENUE 4TH FLOOR
PASADENA, CA 91101-2428
Phone#: (626) 486-3653