# EXHIBIT E

**Notice of Trustee's Sale
(Recorded December 31, 2018)**

# EXHIBIT E

Inst #: 20181231-0000331
Fees: $40.00
12/31/2018 08:07:46 AM
Receipt #: 3598444
Requestor:
SERVICELINK TITLE AGENCY IN
Recorded By: BGN   Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD

APN 178-06-110-011

RECORDING REQUESTED BY:

ServiceLink

WHEN RECORDED MAIL TO:

TRUSTEE CORPS
3571 Red Rock St., Ste B
Las Vegas, NV 89103

TS No: NV08000587-13-1S       TO No: 1520343

## NOTICE OF TRUSTEE'S SALE
## IMPORTANT NOTICE TO PROPERTY OWNER

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST AND SECURITY AGREEMENT DATED December 16, 2004. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDINGS AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

On **January 25, 2019**, at **09:00 AM**, **MTC Financial Inc. dba Trustee Corps**, as duly appointed Trustee **WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH at the Front Entrance of Nevada Legal News, Nevada Legal News, 930 S. Fourth St, Las Vegas, NV 89101**, all right, title and interest conveyed to and now held by it under and pursuant to Deed of Trust recorded on December 22, 2004, as Instrument No. 20041222-0003360, of the official records in the Office of the Recorder of Clark County, Nevada, executed by TRACY R MITCHUSSON TRUSTEE OF THE TRACY R. MITCHUSSON TRUST DATED NOVEMBER 24, 1999 as Trustor, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as nominee for COUNTRYWIDE HOME LOANS, INC. as Beneficiary, all that certain property situated in said County and State, and more commonly described as: AS MORE FULLY DESCRIBED IN SAID DEED OF TRUST

The property heretofore described is being sold "as is". The street address and other common designation, if any, of the real property described above is purported to be: **3520 FIVE PENNIES LANE, LAS VEGAS, NV 89120**

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty expressed or implied, regarding title, possession or encumbrances, to pay the remaining unpaid principal balance of **$478,359.39**, the obligations secured by the property to be sold and reasonably estimated costs, expenses and advances as of the first publication date of this Notice of Trustee's Sale. Accrued interest and additional advances, if any, will increase the figure prior to sale. The property offered for sale excludes all funds held on account by the property receiver, if applicable.

Beneficiary's bid at sale may include all or part of said amount. In addition to cash, the Trustee will accept, all payable at time of sale in lawful money of the United States a Cashier's check drawn by a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in the applicable sections of the Nevada Administrative Code and authorized to do business in the State of Nevada, or other such funds acceptable to the Trustee.

The Beneficiary under the Deed of Trust heretofore executed and delivered to the undersigned, a written Declaration of Default and Demand for Sale. The undersigned caused said Notice of Breach and Default and of Election to Cause Sale of Real Property Under Deed of Trust to be recorded in the County where the real property is located and more than three months have elapsed since such recording.

**If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee and the successful bidder shall have no further recourse.**

SALE INFORMATION CAN BE OBTAINED ONLINE AT www.Auction.com
FOR AUTOMATED SALES INFORMATION PLEASE CALL:
Auction.com at 800.280.2832

Dated: December 26, 2018

Trustee Corps, as Duly Appointed Successor Trustee
TS No. NV08000587-13-1S
3571 Red Rock St., Ste B
Las Vegas, NV 89103
Phone No: 949-252-8300
TDD: 800-326-6868

_____
Douglas Nunez, Authorized Signatory

State of NEVADA
County of CLARK

This instrument was acknowledged before me on __December 26__, 2018, by DOUGLAS NUNEZ.

_____
Notary Public Signature

__Jesus J. Fernandez, Jr.__
Printed Name

My Commission Expires: __12/18/2021__

> JESUS J. FERNANDEZ JR.
> Notary Public, State of Nevada
> Appointment No. 18-1449-1
> My Appt. Expires Dec 18, 2021

Trustee Corps may be acting as a debt collector attempting to collect a debt.
Any information obtained may be used for that purpose.

To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, a secured party retains rights under its security instrument, including the right to foreclose its lien.