# EXHIBIT F

**Settlement Agreement and Release**
**TO BE FILED UNDER SEAL**

# EXHIBIT F