# EXHIBIT I

**Notice of Rescission
(Recorded April 28, 2021)**

# EXHIBIT I

Inst #: 20210428-0000894
Fees: $42.00
04/28/2021 09:24:05 AM
Receipt #: 4508666
Requestor:
Servicelink Title Agency
Recorded By: SCHIABLE   Pgs: 2
Debbie Conway
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD

APN 178-06-110-011

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:

TRUSTEE CORPS
3571 Red Rock St., Ste B
Las Vegas, NV 89103

TS No. NV08000587-13-1S                                   TO No. 1520343

# NOTICE OF RESCISSION
# NOTICE OF BREACH AND ELECTION TO CAUSE SALE

**NOTICE IS HEREBY GIVEN THAT: MTC Financial Inc. dba Trustee Corps** is the duly appointed Substitute Trustee or acting as agent for Beneficiary under the following described Deed of Trust:

| | |
|---|---|
| TRUSTOR: | TRACY R MITCHUSSON TRUSTEE OF THE TRACY R. MITCHUSSON TRUST DATED NOVEMBER 24, 1999, TRACY R MITCHUSSON TRUSTEE OF THE TRACY R. MITCHUSSON TRUST DATED NOVEMBER 24, 1999 |
| BENEFICIARY: | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, as nominee for COUNTRYWIDE HOME LOANS, INC., its successors and assigns |

RECORDING INFORMATION: Recorded on December 22, 2004, as Instrument No. 20041222-0003360, of the official records in the Office of the Recorder of Clark County, Nevada describing the land therein: **AS MORE FULLY DESCRIBED IN SAID DEED OF TRUST**

WHEREAS: The Beneficiary under that certain Deed of Trust hereinabove described, heretofore delivered to the Trustee thereunder written Declaration of Default and Demand for Sale; and

WHEREAS: Notice was heretofore given by the Beneficiary, of breach of the obligations for which said Deed of Trust is security and of election to cause to be sold the property therein described;

NOW THEREFORE: Notice is hereby given that the Beneficiary and/or the Trustee, or its agent does hereby rescind, cancel and withdraw said Declaration of Default and Demand for Sale and said Notice of Breach and Election to Cause Sale; it being understood, however, that this rescission shall not in any manner be construed as waiving or affecting any breach or default past, present, or future, under said Deed of Trust, or as impairing any right or remedy thereunder, but is, and shall be deemed to be, only an election, without prejudice, not to cause a sale to be made pursuant to said Declaration and Notice, and in no way jeopardize or impair any right, remedy or privilege secured to the Beneficiary and/or the Trustee, under said Deed of Trust, nor modify nor alter in any respect any of the terms, covenants, conditions or obligations thereof. Additionally, please take notice that any acceleration of the debt secured by said Deed of Trust is hereby revoked and said Deed of Trust and all obligations secured thereby are hereby reinstated and shall be said and remain in force the same as if said Declaration and Notice has not been made and given.

Said **Notice of Default** to be rescinded, cancelled and withdrawn hereunder was recorded on **April 18, 2018**, as Instrument No. **20180418-0002336**, of official records in the Office of the Recorder of **Clark** County, **Nevada**.

Dated: 04/27/21          **TRUSTEE CORPS, as appointed Substitute Trustee**

*S M*

By: Starr Meehan, Authorized Signatory

State of NEVADA
County of CLARK

This instrument was acknowledged before me on April 27, 2021, by STARR MEEHAN.

*Victoria M Jenkins*
Notary Public Signature

Victoria M Jenkins
Printed Name

My Commission Expires: June 04 2022

VICTORIA M. JENKINS
Notary Public, State of Nevada
Appointment No. 18-3373-1
My Appt. Expires Jun 4, 2022

TS No. NV08000587-13-1S                                      TO No. 1520343