# EXHIBIT J

**[68] Order for Dismissal with Prejudice; United States District Court, District of Nevada Case 2:19-cv-00585-APG-BNW,** *Tracy R. Mitchusson v. MTC Financial Inc. d/b/a Trustee Corps. et al.* **(Filed May 26, 2020)**

# EXHIBIT J

**MORRIS LAW CENTER**
BRIAN A. MORRIS, ESQ.
Nevada Bar No. 11217
brian@morrislawcenter.com
TIMOTHY A. WISEMAN, ESQ.
Nevada Bar No. 13786
tim@morrislawcenter.com
5450 W. Sahara Ave. Suite 330
Las Vegas, NV 89146
Telephone: (702) 850-7798
Facsimile: (702) 850-7998
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRACY R. MITCHUSSON, Trustee of the Tracy R. Mitchusson Trust dated 11/24/1999;<br><br>Plaintiff,<br>vs.<br><br>MTC FINANCIAL INC. d/b/a TRUSTEE CORPS; BANK OF NEW YORK MELLON; and BAYVIEW LOAN SERVICING, LLC;<br><br>Defendants. | Case No.: 2:19-cv-00585-APG-BNW |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

. . .

. . .

. . .

1

*Tracy R. Mitchusson vs. MTC Financial et. al.*
Case No.: 2:19-cv-00585-APG-BNW

1. IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Tracy R. Mitchusson, Trustee of the Tracy R. Mitchusson Trust dated 11/24/1999 ("Plaintiff") by and through her counsel of record, Brian A. Morris, Esq. and Timothy A. Wiseman, Esq., of Morris Law Center, and Defendants, MTC Financial Inc. d/b/a Trustee Corps, Bank of New York Mellon, and Bayview Loan Servicing, LLC ("Defendants"), by and through their counsel of record Natalie L. Winslow, Esq. and Rex D. Garner, Esq. of Akerman LLP, that the case be dismissed with prejudice, each party to bear their own fees and costs.

Dated: May 25, 2020.

**MORRIS LAW CENTER**

By: _____
Brian A. Morris, Esq.
Nevada Bar No. 8461
Timothy A. Wiseman, Esq.
Nevada Bar No. 13786
*Attorneys for Plaintiff*

Dated: May 25, 2020.

**AKERMAN LLP**

By: */s/: Rex D. Garner*
Rex D. Garner, Esq.
Nevada Bar No. 9401
Natalie L. Winslow, Esq.
Nevada Bar No. 12125
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 26, 2020.

2