MICHAEL R. MUSHKIN
Nevada State Bar No. 2421
L. JOE COPPEDGE
Nevada State Bar No. 4954
**MUSHKIN & COPPEDGE**
6070 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89119
Telephone: (702) 386-3999
Fax: (702) 454-3333
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRACY MITCHUSSON, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF NEW YORK MELLON, a foreign Delaware Corporation; NEWREZ, LLC dba SHELLPOINT MORTGAGE SERVICING, a foreign limited liability company; MTC FINANCIAL INC., a foreign California Corporation; and DOE individuals I through X and ROE Corporations I through X; <br><br> Defendants. | Case No. 2:22-cv-01839-JCM-VCF |

**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE ON PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

Plaintiff, Tracy Mitchusson ("Plaintiff"), by and through her attorney, Michael R. Mushkin, and Bank of New York Mellon and Newrez, LLC dba Shellpoint Mortgage Servicing ("Defendant BONYM" and "Defendant Shellpoint"), by and through their attorney, Melanie D. Morgan, and MTC Financial Inc. ("Defendant MTC"), by and through their attorney Richard Reynolds, hereby stipulate regarding the Motion to Dismiss [ECF No. 8] as follows:

1. Defendants filed their Motion to Dismiss (the "Motion") on November 21, 2022.

2. The Opposition to the Motion was due on December 5, 2022.

3. The Parties wish to continue the briefing on the Motion and the deadline to file the Opposition.

4. Accordingly, the Parties request that the briefing be continued with the Opposition due on or before December 12, 2022.

5. This Stipulation is made in good faith and not for the purposes of delay. Plaintiffs' staff has tested positive for covid and is recovering.

IT IS SO STIPULATED.

Dated this 7th day of December 2022

MUSHKIN & COPPEDGE

/s/Michael R. Mushkin
MICHAEL R. MUSHKIN, ESQ.
Nevada Bar No. 2421
L. JOE COPPEDGE, ESQ.
Nevada Bar No. 4954
6070 South Eastern Ave Ste 270
Las Vegas, NV 89119

*Attorneys for Plaintiff, Tracy Mitchusson*

Dated this 7th day of December 2022

BURKE, WILLIAMS, & SORENSEN, LLP

/s/Not Approved
RICHARD J. REYNOLDS, ESQ.
Nevada Bar No. 11864
1851 East First Street Suite 1550
Santa Ana, CA 92705-4067

*Attorneys for MTC Financial Inc. dba Trustee Corps*

Dated this 7th day of December 2022

AKERMAN LLP

/s/Melanie D. Morgan
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for The Bank of New York Mellon and Newrez LLC dba Shellpoint Mortgage Servicing*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
**DATED:** December 9, 2022