MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com

*Attorneys for The Bank of New York Mellon and NewRez LLC d/b/a Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACY MITCHUSSON,<br><br>        Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK MELLON, a foreign Delaware corporation; NEWREZ, LLC dba SHELLPOINT MORTGAGE SERVICING, a foreign limited liability company; MTC FINANCIAL INC., a foreign California Corporation; and DOES inidividuals I through X and ROE Corporations I through X;<br><br>        Defendants. | Case No.: 2:22-cv-01839-JCM-VCF<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF THE BANK OF NEW YORK MELLON AND NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S MOTION TO DISMISS COMPLAINT [ECF No. 8]**<br><br>**(FIRST REQUEST)** |

Defendants the Bank of New York Mellon (**BoNYM**), NewRez LLC d/b/a Shellpoint Mortgage Servicing, and plaintiff Tracy Mitchusson, by and through their respective counsel of record, hereby stipulate and agree that BoNYM and Shellpoint shall have an additional thirty-one (31) days, up to and including **January 19, 2023**, to file a reply in support of their motion to dismiss complaint [ECF No. 8]. The current deadline to file their reply is December 19, 2022.

Good cause exists to grant the requested extension. BoNYM and Shellpoint's reply deadline was reduced by seven (7) days due to an extension granted for plaintiff to file an opposition to BoNYM and Shellpoint's motion to dismiss complaint [ECF No. 16]. This extension is also requested because BoNYM and Shellpoint's counsel will be out of the office for three days due to the upcoming holidays. Finally, the parties are exploring settlement and would like to continue to do so before incurring additional fees.

67774742;1

This is the parties' first stipulation for an extension of time for BoNYM and Shellpoint to file a reply in support of their motion to dismiss complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

DATED: December 15, 2022.                           DATED: December 15, 2022.

**AKERMAN LLP**                                     **MUSHKIN & COPPEDGE**

 /s/ Melanie D. Morgan                               /s/ Michael R. Mushkin
MELANIE D. MORGAN, ESQ.                             MICHAEL R. MUSHKIN, ESQ.
Nevada Bar No. 8215                                 Nevada Bar No. 2421
1635 Village Center Circle, Suite 200               L. JOE COPPEDGE, ESQ.
Las Vegas, Nevada 89134                             Nevada Bar No. 4954
                                                    6070 South Eastern Avenue, Suite 270
*Attorneys for NewRez LLC d/b/a Shellpoint          Las Vegas, Nevada 89119
Mortgage Servicing and Bank of New York
Mellon*                                             *Attorneys for Tracy Mitchusson*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
Case No. 2:22-cv-01839-JCM-VCF

 December 16, 2022
**DATED**

2

67774742;1