ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  melanie.morgan@akerman.com

*Attorneys for Bank of New York Mellon and NewRez LLC d/b/a Shellpoint Mortgage Servicing*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRACY MITCHUSSON,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK MELLON, a foreign Delaware corporation; NEWREZ, LLC dba SHELLPOINT MORTGAGE SERVICING, a foreign limited liability company; MTC FINANCIAL INC., a foreign California Corporation; and DOES inidividuals I through X and ROE Corporations I through X;<br><br>    Defendants. | Case No.: 2:22-cv-01839-JCM-VCF<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF THE BANK OF NEW YORK MELLON AND NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S MOTION TO DISMISS COMPLAINT [ECF No. 8]**<br><br>**(SECOND REQUEST)** |

Plaintiff, Tracy Mitchusson, and defendants, Bank of New York Mellon (**BoNYM**) and NewRez LLC d/b/a Shellpoint Mortgage Servicing, by and through their respective counsel of record, hereby stipulate and agree that BoNYM and Shellpoint shall have an additional thirty (30) days, up to and including **February 21, 2023**, to file a reply in support of their motion to dismiss complaint [ECF No. 8].  The current deadline to file the reply is January 19, 2023.

Good cause exists to grant the requested extension.  The parties are continuing to explore settlement and would like to avoid incurring additional fees.

. . .

. . .

{68253185;1}

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

January 17, 2023.

| **AKERMAN LLP** | **MUSHKIN & COPPEDGE** |
|---|---|
| */s/ Melanie D. Morgan*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Bank of New York Mellon and NewRez LLC d/b/a Shellpoint Mortgage Servicing* | */s/ Michael R. Mushkin*<br>MICHAEL R. MUSHKIN, ESQ.<br>Nevada Bar No. 2421<br>L. JOE COPPEDGE, ESQ.<br>Nevada Bar No. 4954<br>6070 South Eastern Avenue, Suite 270<br>Las Vegas, Nevada 89119<br><br>*Attorneys for Tracy Mitchusson* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
Case No. 2:22-cv-01839-JCM-VCF

January 17, 2023
_____
**DATED**

{68253185;1}

2